# Court of Appeals
# of the State of Georgia

ATLANTA,  January 21, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0027.  CASADAY v. JOHNSTON.**

Upon consideration of appellant's emergency motion for an extension of time to file an application for discretionary appeal, it is ordered that an extension be granted in the above-referenced case through and including February 27, 2020.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/21/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*